987 So.2d 697 (2008)
Raymond ADKINS, Appellant,
v.
Charlene GIBBONS, Appellee.
No. 3D07-635.
District Court of Appeal of Florida, Third District.
May 21, 2008.
Rehearing and Rehearing En Banc Denied August 28, 2008.
Thomas John Butler, Miami Beach, for appellant.
Charlene Gibbons, in proper person.
Before GERSTEN, C.J., and GREEN and RAMIREZ, JJ.
PER CURIAM.
Affirmed. See § 741.30, Fla. Stat. (2003); Elias v. Steele, 940 So.2d 495, 497 (Fla. 3d DCA 2006).